# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NATALIE PACHECO, <br><br>                   Plaintiff, <br> v. <br><br> CAROLYN W. COLVIN, Commissioner of Social Security, <br><br>                   Defendant. | **ORDER ADOPTING REPORT & RECOMMENDATION** <br><br> Case No.  2:13-cv-197 DN <br><br> District Judge David Nuffer <br><br> Magistrate Judge Dustin B. Pead |

Before the court is Magistrate Judge Pead's Report and Recommendation[1] under 28 U.S.C. § 636(b)(1)(B) recommending that the court affirm the ALJ's initial decision and the Commissioner's final decision denying Pacheco's application for disability insurance benefits and social security income.  No objections were filed.

The court has reviewed all relevant materials de novo and adopts the Report and Recommendation in its entirety.  The ALJ's initial decision and the Commissioner's final decision are **AFFIRMED**.  The Clerk shall close the case.

Signed March 5, 2014.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Docket no. 26, entered February 13, 2014.